(December 7, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES S. BURNS, Appellant. — Application to dismiss appeal taken by defendant granted, and appeal dismissed on the ground that the criminal prosecution has abated by reason of his death. (*People v Darden,* 52 NY2d 1015.) Mahoney, P. J., Kane, Weiss, Yesawich, Jr., and Levine, JJ., concur.

(December 10, 1984)

■ In the Matter of the Claim of LOUIS A. SANCHEZ, Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent. — Motion to dismiss appeal as untimely taken, pursuant to section 624 of the Labor Law, denied, without costs (see *Matter of Reich* [*Philip Morris, Inc.* — *Ross*], 79 AD2d 841). Mahoney, P. J., Kane, Yesawich, Jr., Levine and Harvey, JJ., concur.